UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRYAN W. HENRY,

                    Plaintiff,

      -against-

ROBERT BRZESKI, sued individually and in his capacity as a Detective of the Nassau County Police Department; *et al.*,

                  Defendants.
---------------------------------------------------------------X

For Online Publication Only

**ORDER**
21-CV-5682(JMA)(ARL)

**FILED**
**CLERK**
2:42 pm, Nov 03, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

The Court's records reflect that the complaint in this action was filed on October 12, 2021. (ECF No. 1.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **January 10, 2022**, or plaintiff fails to show good cause why such service has not been effected, the complaint will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to defendants along with the summonses and complaint and shall file proof of service with the Court**.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of plaintiff's current address may result in dismissal of the case.

**SO ORDERED.**

Dated:  November 3, 2021
 Central Islip, New York

  /s/ (JMA)
 JOAN M. AZRACK
 UNITED STATES DISTRICT JUDGE